# UNITED  STATES  DISTRICT  COURT

# SOUTHERN  DISTRICT  OF  GEORGIA

# SAVANNAH DIVISION

JEROME COAST,                          )
                                 )
     Movant,                           )
                                 )
                                 )
v.                                     )     Case No. CV411-089
                                 )                  CR408-002
UNITED STATES OF AMERICA,    )
                                 )
     Respondent.                      )

## REPORT AND RECOMMENDATION

Using one sheet of blank paper, Jerome Coast filed a 28 U.S.C. § 2255 motion that said, in its entirety (unedited):

> First Argument: U.S. Government relied on conviction that shouldn't have been relied on.  2nd Point: My plea agreement was made unknowingly.  3rd Point: My counsel Diane Morrell McLeod was ineffective on my behalf on this case.  She didn't argue critical issues I asked her to present & as a consequence I lost my motion to suppress evidence & was forced into a plea.

CR408-002 doc. 48 at 1.  The Court thus invited him resubmit it -- and on a § 2255 form motion.  Doc. 49. Rather than comply, he filed a "Motion for Reduction of Sentence Pursuant to 28 U.S.C. § 2241," doc. 50; CV411-142, which limits itself to a U.S. Sentencing Guidelines amendment and does not mention any of the above claims.

In that Coast has abandoned his original motion, it should now be

**DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this  13th  day of

June, 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**