IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME COAST,              )
                           )
        Petitioner,        )
                           )
v.                         )        CASE NOS. CV411-089
                           )                  CR408-002
UNITED STATES OF AMERICA,  )
                           )
        Respondent.        )
                           )

## O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation, to which no objections have been filed.

(Doc. 4.)  After a careful de novo review of the record,

the report and recommendation is **ADOPTED** as the Court's

opinion in this case, and the 28 U.S.C. § 2255 Petition is

**DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of

Court is **DIRECTED** to close this case.

SO ORDERED this *1st* day of August 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA